UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 29 2022

NATHAN OCHSNER
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. **B-22-230** |
| **NALLELY VILLARREAL** | § | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

On or about March 11, 2022, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**NALLELY VILLARREAL**,

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than five hundred (500) grams of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT TWO

On or about March 11, 2022, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**NALLELY VILLARREAL**,

did knowingly and intentionally possess with intent to distribute a quantity more than five hundred (500) grams, that is, approximately 1.12 kilograms (2.47 pounds) of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
Megan Eyes
Assistant United States Attorney