United States District Court
Southern District of Texas
**ENTERED**
May 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA   *

V.   *   CRIMINAL NO. B-22-230-001

**NALLELY VILLARREAL**   *

### FINAL JUDGMENT OF BOND FORFEITURE

BE IT REMEMBERED that the case of the United States of America versus **NALLELY VILLARREAL** was called for sentencing on April 27, 2022, and the United States, by its attorney, announced that it was ready, and the defendant, **NALLELY VILLARREAL** failed to appear and defaulted in his appearance, and it appearing that she had been duly notified to appear before the Court at said time but failed to do so, and it further appearing that the Court having noted on the docket that the bond herein mentioned was by the Court forfeited, and the Court having heard the motion and the evidence and argument of counsel, is of the opinion that the bond in the amount of $50,000.00 should be forfeited to the United States of America. The amount of $5,000.00 of said bond is now in the Registry of the Court.

**IT IS HEREBY ORDERED** that the Clerk shall issue a check in the amount of $5,000.00 payable to the Treasurer of the United States.

WHEREFORE, it is ORDERED, ADJUDGED, and DECREED that the United States of America do have and recover judgment in the amount of $45,000.00 of and from **NALLELY VILLARREAL** as principal, together with interest for such sum at the rate of _2.03_ % per annum from the date of judgment until paid, and costs of this proceedings.

**IT IS FURTHER ORDERED** that the United States have execution thereon as well as all other writs and process available and necessary to collect this judgment.

ENTERED on, this the ___3rd___ day of May, 2022.

_____
FERNANDO RODRIGUEZ, JR.
UNITED STATES DISTRICT JUDGE